# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FLOYD JENKINS<br><br>           Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>           Defendant. | Case No.: 1:15-cv-01135-SKO<br><br>STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF; ORDER THEREON |

1    Plaintiff Daniel Floyd Jenkins and Defendant Carolyn W. Colvin, Acting
2 Commissioner of Social Security, through their undersigned attorneys, stipulate,
3 subject to this court's approval, to extend the time by 30 days from March 9, 2016
4 to April 8, 2016 for Plaintiff to file a Plaintiff's Opening Brief, with all other dates
5 in the Court's Order Concerning Review Of Social Security Cases extended
6 accordingly. This is Plaintiff's first request for an extension. This request is made at
7 the request of Plaintiff's counsel to allow additional time to fully research the
8 issues presented.

DATE: March 9, 2016           Respectfully submitted,

                              LAWRENCE D. ROHLFING

                                   /s/ *Vijay J. Patel*
                              BY: _____
                                   Vijay J. Patel
                                   Attorney for plaintiff Mr. Daniel Floyd Jenkins


DATE:  March 9, 2016


                              BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

                                   /s/ *Timothy R. Bolin*
                              BY: _____
                                   Timothy R. Bolin
                                   Special Assistant United States Attorney
                                   Attorneys for defendant Carolyn W. Colvin
                                   |*authorized by e-mail|

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief by no later than April 8, 2016;
2. Defendant shall file a responsive brief by no later than May 12, 2016; and
3. Plaintiff may file an optional reply brief by no later than May 30, 2016.

IT IS SO ORDERED.

Dated:  **March 10, 2016**          /s/ Sheila K. Oberto
                                                                        UNITED STATES MAGISTRATE JUDGE